IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Georgia Woodberry,      )<br>                         )<br>         Petitioner,   )<br>                         )<br>vs.                      )<br>                         )<br>Warden of Graham Correctional )<br>Institution,             )<br>                         )<br>         Respondent.    )<br>                         ) | C/A No.: 1:22-1608-JD-SVH<br><br><br>ORDER |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment on July 12, 2022. [ECF No. 9]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of the motion and of the need for her to file an adequate response by August 15, 2022. [ECF No. 10]. Petitioner was specifically advised that if she failed to respond adequately, Respondent's motion may be granted, thereby ending this case. *Id.*

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether she wishes to continue with this case and to file a

response to Respondent's motion by September 1, 2022. Petitioner is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

August 18, 2022                                Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge